IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID M. WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 16-1479 |
| ) | |
| HB RENTALS, L.C., d/b/a HB RENTALS, ) | |
| SUPERIOR ENERGY SERVICES, INC.; ) | |
| and SUPERIOR ENERGY SERVICES, ) | |
| L.L.C., d/b/a SES ENERGY SERVICES, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

AND NOW, this 28th day of February 2017, after the plaintiff filed an action in the above-captioned case, and after a partial motion to dismiss was submitted by the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the plaintiff and the response to those objections filed by the defendants, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 14), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' Partial Motion to Dismiss (ECF No. 7) is GRANTED and Counts II and V are dismissed with prejudice.

s/Nora Barry Fischer
Nora Barry Fischer
United States District Judge